**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| S.E.D., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )     Case No. CIV-26-520-CMS |
| | ) |
| FRANK BISIGNANO, Commissioner, | ) |
| Social Security Administration, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

Before the Court is the Report and Recommendation of United States Magistrate Judge Chris M. Stephens entered March 23, 2026 [Doc. No. 5]. Judge Stephens recommends denying Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs [Doc. No. 2]. The record reflects that Plaintiff has now paid the filing fee. Therefore, the Report and Recommendation of the Magistrate Judge is ADOPTED and Plaintiff's Application is DENIED as MOOT.

IT IS SO ORDERED this 1st day of April, 2026.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE